### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**GEORGE LOUIS MARTINEZ**                                                    **PLAINTIFF**

**V.**                                                                       **NO. 1:20CV61-NBB-JMV**

**ANDREW M. SAUL**
*Commissioner of Social Security*                                            **DEFENDANT**

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

Upon consideration of the record of this case, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated May 7, 2021, was on that date duly filed; the parties were duly notified; more than fourteen days have elapsed since notice of said Report and Recomendation; and no objection thereto has been filed or served by any party.  The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED:**

1.  That the Report and Recommendation of the United States Magistrate Judge dated May 7, 2021, is, hereby, approved and adopted as the opinion of the Court.

2.  That the Clerk is directed to CLOSE this case.

This, the 17th day of June, 2021.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE